IN THE SUPREME COURT OF THE STATE OF NEVADA

JENNIFER ISSO, ESQ.,
               Appellant,

vs.

HENRY E. GAAR,
               Respondent.

No. 84621

FILED

AUG 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order affirming and adopting the findings of the discovery commissioner regarding issues arising during the discovery process. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Initial review of the docketing statement and documents before this court revealed potential jurisdictional defects. Specifically, it appeared that appellant lacked standing to bring this appeal and that the challenged order is not substantively appealable. Accordingly, this court directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.

Appellant has filed her response to this court's show cause order in which she expresses her intention to voluntarily dismiss this appeal. Accordingly, appellant's request for a voluntary dismissal of this appeal is granted, and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

(O) 1947A

22-24434

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Israel Kunin, Settlement Judge
Isso & Hughes Law Firm
Jacobson Law Office, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A